IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-252-FL

| | | |
|---|---|---|
| NANCY LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER FOR REMAND |
| | ) | TO THE COMMISSIONER |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has asked the Court to enter a judgment remanding the case to the Commissioner, under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing.

Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of December, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge