IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-cv-252-FL

| | | |
|---|---|---|
| NANCY LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,276.50 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA) and that Plaintiff should be reimbursed the $350.00 in filing fees from the Treasury Judgment Fund. 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff, the sum of $2,276.50 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d) and that Plaintiff be reimbursed $350.00 in costs of filing from the Treasury Judgment Fund, and upon the payment of such sums this case is dismissed with prejudice.

This  8th  day of   January  , 2012.

_____
LOUISE W. FLANAGAN
United States District Judge


CONSENTED TO:

CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


 ROBERT CROWE
Attorney for Defendant
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Tel: 410-965-3155
Fax: 410-597-0514
Email: bob.crowe@ssa.gov
Mass. Bar No. 106940